IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL G A ANDREW RUTLEDGE   xxx-xx-3188<br>CRYSTAL ST CLAIRE  xxx-xx-0778<br>PO BOX 182<br>LEESBURG, TX 75451 | §<br>§<br>§  Case No. 23-60463<br>§  Chapter 13<br>§<br>§<br>§<br>DEBTORS |

## TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)

The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. The business examination consisted of the review of the following documentation after the 341 meeting of creditors:

   | a | Statement of Affairs and Schedules | Yes |
   |---|---|---|
   | b | Tax returns for the years | 2022 |
   | c | Evidence of insurance | |
   |   | Liability | |
   |   | Property | |
   |   | Workers Compensation | |
   |   | Other | |
   | d | Bank Statements | |
   | e | Business Licenses, Permits | |
   | f | Other | |

2. The 341 meeting of creditors was held on
   
   12/5/23

3. The Debtor's business is located at:
   
   Terrell Muffler, 304 S. Virginia St., Terrell, TX 75160

4. Nature of Debtor's business:

   | a | Retail | |
   |---|---|---|
   | b | Service (specify) | x |
   | c | Other (specify) | |

5. Debtor's business is:

   | a | Sole Proprietorship | x |
   |---|---|---|
   | b | Corporation | |
   | c | Partnership | |
   | d | Other (specify) | |

6. Debtor is:

| a | Owner | x |
|---|---|---|
| b | Partner | |
| c | Shareholder | |

| 7. Years of operation of Debtor's business | 2 months |
|---|---|
| 8. Number of employees (excluding debtors) | None |
| 9. Statement of Financial Affairs Questions 1-15 complete? | Yes |
| 10. Additional information requested on Questions? | |
| 11. Statement of Financial Affairs Questions 16-28 complete? | Yes |
| 12. Additional information requested on Questions? | |

8. The following Schedules are complete:

| | Complete | Incomplete |
|---|---|---|
| Schedule A | X | |
| Schedule B | X | |
| Schedule C | X | |
| Schedule D | X | |
| Schedule E | X | |
| Schedule F | X | |
| Schedule G | X | |
| Schedule H | X | |
| Schedule I | X | |
| Schedule J | | X |
| Credit Counseling | X | |
| Profit Loss Statements | | X |
| Tax Returns | X | |

| 9. Have all required State, Local and Federal tax returns been filed | None due yet |
|---|---|
| 10. Has all information requested by the Trustee been provided | No |
| 11. Missing documents to be provided within 14 days: | His P & I's, proof of auto and camper insurance, her income |
| 12. Additional documents requested at the 341 meeting | Direct pay certification, P & I's through confirmation |
| 13. Debtor's primary business assets consist of: | Diagnostic tools, specialty tools and diagnostic test equipment, toolbox and hand tools |
| 14. The total fair market value of the business as an ongoing concern is approximately: | $12,900 |

| | |
|---|---|
| 15. The Debtor's average monthly gross receipts for the 6 months prior to filing was: | $513.65 |
| 16. The Debtor's projected monthly gross receipts per Schedule I are: | $5,320.95 |

DATED 12/5/23.

                      Respectfully submitted,

                      Lloyd Kraus
                      CHAPTER 13 TRUSTEE

                      /s/ Lloyd Kraus
                      Lloyd Kraus, Chapter 13 Trustee SBN 24066773
                      110 N. College, Suite 1200
                      Tyler, TX  75702
                      (903) 593-7777; FAX (903) 597-1313

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Trustee Statement Pursuant to 11 U.S.C. Section 1302 (c) has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 12/5/23:

    ALLMAND LAW FIRM, PLLC
    860 AIRPORT FWY. STE. 401
    HURST, TX 76054

    MICHAEL G  A ANDREW RUTLEDGE
    CRYSTAL ST CLAIRE
    PO BOX 182
    LEESBURG, TX 75451

LINEBARGER GOGGAN BLAIR & SAMPSON LLP*
ATTN: CAMILLE STECKER
2777 N. STEMMONS FREEWAY 1000
DALLAS, TX 75201

STEPHEN G. WILCOX*
WILCOX LAW, PLLC
P.O. BOX 201849
ARLINGTON, TX 76006

JAMES W. LITZLER*
CITY NATIONAL BANK
201 CONNALLY STREET
SULPHUR SPRINGS, TX 75483

                                                /s/ Lloyd Kraus
                                                Lloyd Kraus