IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION


EOD
02/02/2024

| | | |
|---|---|---|
| IN RE: § | | |
| § | CASE NO. 23-60463 | |
| **MICHAEL G A ANDREW RUTLEDGE** § | **CHAPTER 13** | |
| SSN: XXX-XX-3188 § | | |
| 575 COUNTY ROAD 1917 LOT #5 § | | |
| YANTIS, TX 75497 § | | |
| DEBTOR § | | |
| § | | |
| **CRYSTAL ST CLAIRE** § | | |
| SSN: XXX-XX-0778 § | | |
| 575 COUNTY RD 1917 LOT # 5 § | | |
| YANTIS, TX 75497 § | | |
| DEBTOR | | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY OF ACT AGAINST COLLATERAL FILED BY U.S. BANK NATIONAL ASSOCIATION**

On January 12, 2024, a Motion for Relief from Stay of Act Against Collateral (the "Motion") was filed by U.S. Bank National Association (hereinafter referred to as "Movant"), a secured creditor in this matter, in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)–day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from Stay of Act Against Collateral filed by Movant on January 12, 2024, is hereby **GRANTED** so as to authorize Movant, its successors and/or assigns, to exercise any rights granted to it by the parties' loan documents with respect to the collateral 2018 RAM 3500, VIN: 3C63RRJL1JG134066.

Signed on 02/02/2024

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

MOTION FOR RELIEF

2006-N-5747

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)–day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

SIGN HERE

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

MOTION FOR RELIEF

2006-N-5747