IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:

| | | |
|---|---|---|
| **MICHAEL G A ANDREW RUTLEDGE** § | | **CASE NO 23-60463** |
| **CRYSTAL ST CLAIE** § | | |
| § | | |
| § | | |
| § | | |
| **DEBTORS** § | | **CHAPTER 13** |
| § | | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of City National Bank of Sulphur Springs for Relief from Automatic Stay (To Pursue Collection of Debt from Non-Filing Co-Debtor) was served upon all parties in interest via regular first-class mail or electronic means as listed on the Court's ECF noticing system to the parties on the attached list on May 1, 2024.

<u>SERVICE LIST</u>

**Debtor:**
Michael G A Andrew Rutledge
Crystal St Claire
3190 FM 1520, Lot 38
Pittsburg, Texas 75686

**Debtor's Attorney:**
Juan Tomasino
Allmand Law Firm, PLLC
860 Airport Freeway
Suite 401
75206
Hurst, Texas 76054

**Chapter 13 Trustee**
Standing Chapter 13 Trustee
Lloyd Kraus
Plaza Tower
110 N. College Ave., 12th Floor
Tyler, Texas 75702

**U.S. Trustee:**
Office of the US Bankruptcy Court
Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, Texas 75702

**Non-Filing Co-Debtor:**
**DAVE ELLION ST CLAIRE**
**6890 CR 4098**
**KAUFMAN TX  75142**

/s/ JAMES W. LITZLER