UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Case number  23-60463

In re:  MICHAEL G A ANDREW RUTLEDGE & CRYSTAL ST CLAIRE

Taxpayer number:  XXXXXXX4505 / XXXXXXX8641

WITHDRAWAL OF
CLAIM # 11
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  11/02/2023

2. TOTAL AMOUNT OF CLAIM:  $ 1,730.55
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED:  01/01/2014 to 03/31/2014

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  07/19/2024                    /S/ TOMMY TRAN
                                     TOMMY TRAN
                                     Accounts Examiner
                                     Revenue Accounting Division
                                     Texas Comptroller of Public Accounts
                                     512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)