Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

Bankruptcy Proceeding No.:  23−60463
Chapter:  13
Judge:  Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Crystal St Claire
    3190 FM 1520
    Lot 38
    Pittsburg, TX 75686

Social Security / Individual Taxpayer ID No.:
    xxx−xx−0778

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 9/12/24 at 10:10 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)80 Amended Motion to Allow Debtor to Keep Tax Refund Filed by Crystal St Claire (RE: related document(s)79 Motion to Allow Debtor to Keep Tax Refund filed by Joint Debtor Crystal St Claire). Hearing scheduled for 9/12/2024 at 10:10 AM at Plaza Tower Courtroom. (jd)

Dated: 8/12/24

                    Jason K. McDonald
                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                                              Case No. 23-60463-jps

Crystal St Claire                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: 100 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Crystal St Claire, 3190 FM 1520, Lot 38, Pittsburg, TX 75686-4348 |
| cr | + | City National Bank of Sulphur Springs, P.O. Box 495, Sulphur Springs, TX 75483-0495 |
| codb | + | Dave Ellion St Claire, 6890 CR 4098, Kaufman, TX 75142-8965 |
| 8313723 | + | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 8336141 | + | CITY NATIONAL BANK OF SULPHUR SPRINGS, 201 CONNALLY, SULPHUR SPRINGS, TX 75482-2611 |
| 8313725 | ++ | COMPLEX COMMUNITY FEDERAL CREDIT UNION, 4519 E 51ST STREET, ODESSA TX 79762-4876 address filed with court:, Complex Community Fcu, 4900 E. 52nd, Odessa, TX 79762 |
| 8313728 | + | Crystal St Claire, 575 County Rd 1917 Lot # 5, Yantis, TX 75497-3765 |
| 8313734 | + | Michael G A Andrew Rutledge, 575 County Road 1917 Lot #5, Yantis, TX 75497-3765 |
| 8313736 | + | Morris County Natl Bk/City National Bank, Attn: Bankruptcy 201 Connally St, Sulphur Springs, TX 75482-2611 |
| 8313739 | | RV Depot, 4319 N Main Street, Cleburne, TX 76033 |
| 8317843 | + | RV Depot of Cleburne, c/o Kevin Roy, 4319 N. Main Street, Joshua, TX 76058-5578 |
| 8317842 | + | RV Depot of Cleburne, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 8313729 | | eCar Financial, 600 W Cotton St, Longview, TX 75604-5502 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 12 2024 23:39:00 | Camp CAD, Linebarger Goggan Blair & Sampson, LLP, C/O Lisa Large Evans, 2777 North Stemmons Frwy, Suite 1000, Dallas, Tx 75207-2328 |
| cr | ^ | MEBN | Aug 12 2024 23:38:36 | Texas Comptroller of Public Accounts, c/o Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, tx 78711-2548 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Aug 12 2024 23:38:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 8313722 | | Email/Text: clerk@allmandlaw.com | Aug 12 2024 23:38:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 8340137 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 23:52:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8339436 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 12 2024 23:39:00 | Camp CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Evans, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8313724 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 12 2024 23:38:00 | Commonwealth Financial Systems, 245 Main St., Scranton, PA 18519-1641 |
| 8331709 | ^ | MEBN | Aug 12 2024 23:38:35 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 78711-2548 |
| 8336081 |  | Email/PDF: bncnotices@becket-lee.com |  |  |
|  |  |  | Aug 12 2024 23:53:25 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 8313726 | + | Email/Text: bankruptcynotices@conns.com |  |  |
|  |  |  | Aug 12 2024 23:38:00 | Conn's HomePlus, 2445 Technology Forest Boulevard Buildin, The Woodlands, TX 77381-5263 |
| 8313727 | + | Email/PDF: creditonebknotifications@resurgent.com |  |  |
|  |  |  | Aug 12 2024 23:52:33 | Credit One Bank, Attn: Bankruptcy Department, PO Box BOX 60500, City of Industry, CA 91716-0500 |
| 8341276 | + | Email/Text: bankruptcy@flagshipcredit.com |  |  |
|  |  |  | Aug 12 2024 23:39:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 8313730 | + | Email/Text: bankruptcy@flagshipcredit.com |  |  |
|  |  |  | Aug 12 2024 23:39:00 | Flagship Credit Acceptance, Attn: Bankruptcy, PO Box 965, Chadds Ford, PA 19317-0643 |
| 8313731 |  | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  |  | Aug 12 2024 23:39:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8340247 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Aug 12 2024 23:51:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8313732 | + | Email/Text: dallas.bankruptcy@LGBS.com |  |  |
|  |  |  | Aug 12 2024 23:39:00 | Linebarger Goggan Blair & Sampson LLP, Attn: Camille Stecker, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 8313735 |  | Email/Text: ml-ebn@missionlane.com |  |  |
|  |  |  | Aug 12 2024 23:38:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 8313733 | + | Email/Text: bankruptcy@matcotools.com |  |  |
|  |  |  | Aug 12 2024 23:39:00 | Matco Tools, 4403 Allen Road, Stow OH 44224-1096 |
| 8313738 | + | Email/Text: bankruptcy@ntta.org |  |  |
|  |  |  | Aug 12 2024 23:39:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 8313737 |  | Email/PDF: pa_dc_claims@navient.com |  |  |
|  |  |  | Aug 12 2024 23:51:30 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barre, PA 18773-9640 |
| 8328827 | ^ | MEBN |  |  |
|  |  |  | Aug 12 2024 23:38:24 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 8326809 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Aug 12 2024 23:51:31 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8317250 |  | Email/Text: legalservices12@snaponcredit.com |  |  |
|  |  |  | Aug 12 2024 23:39:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 8313740 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com |  |  |
|  |  |  | Aug 12 2024 23:38:00 | Security Finance, Attn: Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 8313741 | ^ | MEBN |  |  |
|  |  |  | Aug 12 2024 23:38:50 | Snap-on Credit, Attn: Bankruptcy 2801 80th Street, Kenosha, WI 53143-5656 |
| 8317233 |  | Email/Text: collections.pacer@twc.texas.gov |  |  |
|  |  |  | Aug 12 2024 23:39:00 | TEXAS WORKFORCE COMMISSION, Regulatory Integrity Division, Collectio, 101 E 15th Street, Room 556, Austin TX 78778-0001 |
| 8313742 | ^ | MEBN |  |  |
|  |  |  | Aug 12 2024 23:38:40 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 8313743 |  | Email/Text: bankruptcyclerk@tabc.texas.gov |  |  |
|  |  |  | Aug 12 2024 23:39:00 | Texas Alcoholic Beverage Comm, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 8339971 |  | Email/Text: USBANK_bkmail@ecf.epiqsystems.com |  |  |
|  |  |  | Aug 12 2024 23:38:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 8313746 | ^ | MEBN |  |  |
|  |  |  | Aug 12 2024 23:38:32 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 8313747 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com |  |  |

| | | | Aug 12 2024 23:39:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
|---|---|---|---|---|
| 8313744 | + | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Aug 12 2024 23:38:00 | United States Attorney - EAST, 110 N. College Ste. 700, Tyler, TX 75702-7237 |
| 8313745 | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Aug 12 2024 23:39:00 | United States Trustee, 110 N. College Suite 300, Tyler, TX 75702-7231 |
| 8313748 | ^ | MEBN | Aug 12 2024 23:37:59 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 8313749 | + | Email/Text: bankruptcy@westernshamrock.com | Aug 12 2024 23:39:00 | Western Shamrock Corporation, Attn: Bankruptcy, 1812 Ave Q, Lubbock, TX 79401-4827 |
| 8314687 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 12 2024 23:39:00 | Western Shamrock Corporation, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Western Shamrock Corporation, P O BOX 141419, Irving, TX 75014-1419 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chandra Dianne Pryor | on behalf of Creditor U.S. Bank National Association chandra.pryor@bonialpc.com  Notices.Bonial@ecf.courtdrive.com |
| James W. Litzler | on behalf of Creditor City National Bank of Sulphur Springs james.litzler@bankatcnb.bank  gwen.white@bankatcnb.bank |
| Juan Tomasino | on behalf of Joint Debtor Crystal St Claire jtomasino@allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notificatio ns.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Lisa L. Evans | on behalf of Creditor Camp CAD lisa.evans@lgbs.com Dora.Casiano-Perez@lgbs.com;Julie.wilson@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lloyd Kraus | docs@ch13tyler.com |
| Stephen Wilcox | on behalf of Creditor RV Depot of Cleburne swilcox@wilcoxlaw.net  krw77@sbcglobal.net;kraudry@wilcoxlaw.net |

District/off: 0540-6                          User: admin                                    Page 4 of 4
Date Rcvd: Aug 12, 2024                   Form ID: 100                              Total Noticed: 49

US Trustee
                              USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 7